UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 18-343 (JMV) |
| Plaintiff, | ORDER |
| vs. | |
| PARMJIT PARMAR<br>a/k/a PAUL PARMAR, | |
| Defendant. | |

This matter having come before the Court on a motion by Defendant Parmjit Parmar pursuant to Federal Rule of Criminal Procedure 59 objecting to the Magistrate Judge's decision to detain Defendant, D.E. 1; and the United States of America having filed opposition; and the Court having considered all submissions by the parties; and the Court having held oral argument on June 22, 2018; and for the reasons stated on the record; and for good cause shown,

It is on this 22nd day of June, 2018,

**ORDERED** that Defendant's motion pursuant to Rule 59, D.E. 1, **is GRANTED in part and DENIED in part**; and it is further

**ORDERED** that Defendant's proposed bail package is not acceptable for the reasons stated on the record; and it is further

**ORDERED** that the Defendant is granted bail subject to the following conditions:

1. Release on a $5,000,000.00[1] bond fully-secured by cash or property pre-approved by Pretrial Services. Before any such cash or property is posted, notice shall be provided to the Government so that the Government has adequate time to review and determine whether it requests a *Nebbia* hearing. Defense counsel shall perfect a lien on any property in the jurisdiction where the property is located if the property is not located within the District of New Jersey. The bond shall be co-signed by two financially-responsible persons approved by Pretrial Services;

2. Pretrial Services supervision;

3. Home incarceration with electronic monitoring that includes a GPS feature. Defendant will be permitted to leave his home for medical appointments, meetings with his counsel, and court appearances but must first notify Pretrial Services at least twenty-four (24) hours before he leaves his home. Defendant shall pay for part or all of his monitoring based on his ability to pay as determined by Pretrial Services;

4. Surrender all passports and travel documents to Pretrial Services. Defendant shall not apply for any new passports or travel documents;

5. Travel is restricted to the District of New Jersey and to his attorney's office in Manhattan;

6. Maintain his current residence or a residence approved by Pretrial Services;

7. Surrender and not possess any firearms. All firearms in any residence in which Defendant resides shall be removed, in compliance with state law, within twenty-four (24) hours and verification provided to Pretrial Services. Defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services; and

8. Kiran Sharma and Salil Sharma are not permitted to post any property or cash to secure Defendant's bail nor can they co-sign Defendant's bond; and it is further

**ORDERED** to the extent the parties have not done so, they must file all documents (including briefs and exhibits) that were submitted in conjunction with this motion on the

---

[1] As noted on the record, the Court will consider an amount less than $5,000,000.00 (or a higher amount if the Government makes a sufficient showing). However, before proposing any money or property to be posted, Defendant should first notify Pretrial Services so that the proposed property can first be subject to review by Pretrial Services.

docket, Criminal No. 18-343 (JMV), by June 26, 2018.  If the parties wish to submit any documents under seal, they should also submit the appropriate proposed sealing order.

<u>s/ John Michael Vazquez</u>
John Michael Vazquez, U.S.D.J.
