UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 18-343 (JMV) |
| Plaintiff, | ORDER |
| vs. | |
| PARMJIT PARMAR<br>a/k/a PAUL PARMAR, | |
| Defendant. | |

This matter having come before the Court on an application, D.E. 9, by Defendant Parmjit Parmar to modify his conditions of bail, D.E. 7; and the Government having filed its partial opposition, D.E. 10; and the Court having considered the submissions of the parties; and for good cause shown,

It is on this 25th day of September, 2018,

**ORDERED** that the Court's June 22, 2018 Order setting bail for Defendant Parmar, D.E. 7, is hereby modified as follows:

1. Defendant is hereby permitted to leave the interior of his home in order to assist his father with daily exercise for one-half hour between 6:30 a.m. and 8:30 a.m. and for one-half hour between 6:30 p.m. and 8:30 p.m. During the one-half hour periods, Defendant shall not leave his property;

2. Defendant is hereby permitted to leave his home to take his father to medical appointments with 24-hour advance notice to the United States Pretrial Services ("Pretrial Services"). If there is a medical emergency, then the 24-hour advance notice is not required, but Defendant must immediately contact Pretrial Services when leaving his home; and

3.   Defendant is hereby permitted to leave his home on Saturdays from 6 p.m. to 8 p.m. and also on Sundays from 9 a.m. to 11 a.m. for religious services. Defendant is also permitted to leave his home for other religious services with 24-hour advance notice to Pretrial Services; and it is further

**ORDERED** that all other conditions of release previously imposed shall remain in effect.


s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

2